# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL DUARTE MEDINA (1),<br>MANUEL GALLEGOS JIMENEZ (2),<br><br>Defendants. | Magistrate's Case No. '16 MJ8258<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. 952, 960, 963 (Conspiracy to Import Controlled Substances; 21 U.S.C. 841, 846 (Conspiracy to Distribute Controlled Substances); 21 U.S.C. 856(a)(1) and 846 (Conspiracy to Maintain Drug Related Property) |

The undersigned complainant being duly sworn states:

## COUNT ONE
### (Conspiracy To Import Controlled Substances)

Beginning at a date unknown and continuing up to and including March 23, 2016, within the Southern District of California, and elsewhere, defendant JOEL DUARTE MEDINA did knowingly and intentionally conspire with others to import controlled substances, to wit, marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

## COUNT TWO
### (Conspiracy To Distribute Controlled Substances)

Beginning at a date unknown and continuing up to and including March 23, 2016, within the Southern District of California, and elsewhere, defendant JOEL DUARTE MEDINA did knowingly and intentionally conspire with others to distribute marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT THREE
### (Conspiracy To Maintain Drug Related Premises)

Beginning at a date unknown, and continuing to March 23, 2016, within the Southern District of California, and elsewhere, defendant MANUEL GALLEGOS JIMENEZ did knowingly and intentionally conspire with others, to maintain a location at 902 E. Third Street, Calexico, California, for the purpose of distributing marijuana, a Scheduled I Controlled Substance; in violation of Title 21, United States Code, Sections 856(a)(1) and 846.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MATHEW PARKER
U.S. Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 23rd day of March, 2016.

THE HONORABLE PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERCIA
vs.
JOEL DUARTE MEDINA (1),
MANUEL GALLEGOS JIMENEZ (2),

## STATEMENT OF FACTS

I declare, under penalty of perjury, the following:

For the purposes of this statement of facts:

(1) the property located at 902 E. Third Street, Calexico, California (hereinafter referred to as "Calexico Third Street Property") includes the newly built residence that contains the exit point of the tunnel and approximately 300 yards from the border - a narcotics tunnel was found following a search warrant on March 23, 2016;

(2) the residence located at 1056 Horizon St., Calexico, California (hereinafter "Horizon Residence") is a nearby stash location for the tunnel organization and approximately 67 packages of marijuana (over 1,532 pounds) was found at this residence following a search warrant on March 23, 2016 [in addition, 60 packages of marijuana (approximately 1350 pounds) was seized on March 7, 2016;] and,

(3) the warehouse at 260 Avenida Campillo, Suite A, Calexico, California (hereinafter "Avenida Campillo Warehouse") is another stash location that was used in connection with the 1350 pounds of marijuana seizure on March 7, 2016. All three locations are in Calexico, California.

Based on federal wire and electronic interceptions, agents observed the residence's construction at the Calexico Third Street Property for several months in 2015. The traffickers built this residence for the purpose of concealing the tunnel exit point. Intercepted communications revealed that Eva Medina De Duarte negotiated $10,000.00 U.S. dollars to come to Calexico (from Arizona). Her role was to assist in the distribution of narcotics from the tunnel location to the stash locations. As detailed below, she along with her son (defendant Joel Duarte Medina) facilitated the movement

of narcotics from the tunnel location inside Calexico Third Street Property and the stash location at Horizon Residence and arranged to switch drivers at the swapmeet, as referenced below.

In addition, on the date of the search warrants on March 23, 2016, defendant Joel Duarte Medina was inside the Horizon Residence, where agents also found 67 packages of marijuana totaling approximately 1532 pounds. During his post-arrest statement, he admitted knowledge of the marijuana inside the Horizon Residence and claimed that his job was to maintain the Horizon Residence for the drug organization. Agents also observed defendant Joel Duarte-Medina with Eva Medina De Duarte during multiple surveillances, as detailed below, when narcotics were moved from one location to another, after being smuggled into the United States.

As to defendant Manuel Gallegos Jimenez, he was found inside the tunnel residence at Calexico Third Street Property following the execution of the search warrant on March 23, 2016. During his post-arrest statement, he indicated that he has been at the residence at Calexico Third Street Property since March 5, 2016 and he was paid money by "Diana". Agents showed him a photograph of Rosario Bejarano-Zepada and he identified "Diana" as Bejarano-Zepada (wiretaps also confirmed that Bejarano-Zepada was referenced as "Diana"). Gallegos Jimenez said "Diana" would also ask him if there was any police activity at the residence. Bejarano-Zepada was involved in maintaining the tunnel residence during the wiretap investigation. The exit point was concealed with newly cemented tiles. Defendant Manuel Gallegos Jimenez denied knowledge of the tunnel. Based on the ongoing investigation, agents believe that defendant Manuel Gallegos Jimenez's role was to maintain the tunnel residence. He was obviously trusted by the tunnel organization to maintain the residence freely – he was the only occupant and it appeared that he lived continuously at the residence since March 5, 2016 (agents had observed two vehicles backed into the garage on March 5 and March 6 at the Calexico Third Street Property).

**Background**

Based on the investigation, the intercepted calls, and physical surveillance, agents believe that the coconspirators began smuggling narcotics through the tunnel on or after February 28, 2016 at the Calexico Third Street Property.

On February 28, 2016, at approximately 1330 hours, agents observed via video surveillance, a Blue Dodge Dakota back into the garage of the Calexico Third Street Property. Based on the investigation and training and experience of the agents, agents believe that the Blue Dodge Dakota was backed into the garage for the purpose of loading the Dakota with narcotics that were smuggled through the tunnel at located inside the residence at the Calexico Third Street Property. Agents subsequently observed Bertha Lidia Esquivel (hereinafter Esquivel) leave the Calexico Third Street Property in a White Ford F-150. At approximately 2048 hours, Esquivel entered the United States through the Calexico, California West Port of Entry driving a Brown Buick Rendezvous. At approximately 2145 hours, the White Ford F-150 was parked in the residential driveway of the Calexico Third Street Property. At approximately 2158 hours, the Brown Buick arrived and also parked in the driveway. Esquivel is the registered owner of the Blue Dodge Dakota, White Ford F-150, and Brown Buick.

On February 29, 2016, at approximately 1044 hours, agents observed via video surveillance, the White Ford F-150 exit the residential driveway at the Calexico Third Street Property. At approximately 1059 hours, the White Ford F-150 arrived at Horizon Residence, and parked in the driveway. At approximately 1100 hours, the Blue Dodge Dakota exited the garage of the residence at the Calexico Third Street Property. At approximately 1113 hours, the White Ford F-150 departed from the driveway of the Horizon Residence occupied by three unidentified subjects. At approximately 1128 hours, agents observed the Blue Dodge Dakota and the White Ford F-150 at the Santo Thomas Swap Meet in Calexico.

At approximately 1130 hours, the Blue Dodge Dakota and White Ford F-150 departed from the swap meet. At approximately 1137 hours, agents observed via video surveillance, the Blue Dodge Dakota pulled into the garage of the Horizon Residence. Based on the investigation and training and experience of the agents, agents believe that the Dakota was backed into the garage of the Horizon Residence for the purpose of unloading the narcotics that were smuggled through the tunnel at located inside the residence at the Calexico Third Street Property. Agents also believe that drivers were switched at the swap meet so that the drivers taking the drugs to the Horizon Warehouse were not aware of the original stash location at Calexico Third Street Property – this is common in tunnel investigations for the coconspirators to compartmentalize their activities from the smuggling crew, the transportation crew and the distribution crew. At approximately 1158 hours, the White Ford F-150 returned to the driveway at the Calexico Third Street Property.

On February 29, 2016, at approximately 1924 hours, agents observed the White Ford F-150 depart from the Calexico Third Street Property and travel to the Shell gas station on Imperial Avenue in Calexico. Agents observed Esquivel fueling the White Ford F-150. At approximately 1951 hours, the White Ford F-150 was backed into the garage of the Calexico Third Street Property. Again, agents believe that the White Ford F-150 was backed into the garage to load the truck with the smuggled narcotics.

On March 1, 2016, at approximately 0905 hours, agents observed the White Ford F-150 exiting the garage of the Calexico Third Street Property. At approximately 0912 hours, agents observed the White Ford F-150 arrive at the Santo Thomas Swap meet driven by Esquivel. At approximately 0922 hours, agents observed the Blue Dodge Dakota back out of the garage of the Horizon Residence and park in the driveway. At approximately 0934 hours, agents observed the Brown Buick depart from the Horizon Residence. At approximately 0938 hours, agents observed the Brown Buick arrive at the Santo Thomas Swap meet occupied by a male (now fully identified as defendant Joel

4

Duarte Medina) and Eva Medina De Duarte. At approximately 0947 hours, defendant Joel Duarte-Medina and Eva Medina De Duarte departed the swap meet in the White Ford F-150. At approximately 0950 hours, the White Ford F-150 arrived at the Horizon Residence. At approximately 0953 hours, the Brown Buick departed the swap meet driven by Esquivel (who arrived earlier in the White Ford F-150). At approximately 1003 hours, the White Ford F-150 pulled into the garage of the Horizon Residence.

At approximately 1825 hours, the White Ford F-150 departed from the garage of the Horizon Residence. At approximately 1829 hours, the White Ford F-150 driven by defendant Joel Duarte Medina and Eva Medina De Duarte, as a passenger, met with the Brown Buick, occupied by a single female occupant, on the street in front of the Santo Thomas Swap meet. Both vehicles then traveled to separate stores in Calexico. At approximately 1934 hours, the Brown Buick, occupied by two, arrived at the Horizon Residence and parked in the driveway. At approximately 2030 hours, the White Ford F-150 was backed into the residential garage of the Calexico Third Street Property.

On March 2, 2016, at approximately 0957 hours, the White Ford F-150 departed the garage of the residence at the Calexico Third Street Property. At approximately 1002 hours, agents observed the Brown Buick departing from the driveway of the Horizon Residence. At approximately 1005 hours, agents observed the White Ford F-150, occupied by Esquivel, enter the Santo Thomas Swap meet. At approximately 1005 hours, agents observed the Brown Buick, occupied by defendant Joel Duarte Medina and defendant Medina De Duarte enter the swap meet. At approximately 1026 hours, the both departed the swap meet in the White Ford F-150. At approximately 1030 hours, the White Ford F-150 entered the garage of the Horizon Residence.

At approximately 1111 hours, defendant Joel Duarte Medina and Eva Medina De Duarte departed the Horizon Residence in the Blue Dodge Dakota. At approximately 1117 hours, the Blue Dodge Dakota arrived at the Santo Thomas Swap meet. At approximately 1120 hours, Esquivel departed the swap meet driving the Blue Dodge

Dakota. At approximately 1152 hours, defendant Joel Duarte Medina and Eva Duarte Medina departed the swap meet in the Brown Buick. At approximately 2020 hours, the Blue Dodge Dakota backed into the garage of the Calexico Third Street Property.

On March 3, 2016, at approximately 0720 hours, agents observed the Blue Dodge Dakota exiting the residential garage at the Calexico Third Street Property. At approximately 0730 hours, agents observed the White Ford F-150 depart the Horizon Residence. At approximately 0734 hours, agents observed the White Ford F-150 and Blue Dodge Dakota at the Santo Thomas Swap meet. At approximately 0740 hours, Esquivel departed the swap meet driving the White Ford F-150. At approximately 0742 hours, defendant Joel Duarte Medina and Eva Medina De Duarte departed the swap meet in the Blue Dodge Dakota. At approximately 0746 hours, agents observed the Blue Dodge Dakota pulling into the garage of the Horizon Residence. At approximately 0802 hours, agents observed the White Ford F-150 park in the residential driveway of the Calexico Third Street Property.

On March 4, 2016, a White Cargo Van backed into the garage of the Horizon Residence and left – then a Red Dodge Ram appeared and drove in tandem with the White Cargo Van. Eventually, the White Cargo Van and the Red Dodge Ram arrive at the Avenida Warehouse. The White Cargo Van entered the warehouse at Avenida Warehouse through a large bay door while the Red Dodge Ram parked in the rear parking lot of the warehouse. The driver of the Red Dodge Ram was observed entering Suite A through a side door. At approximately 1416 hours, agents observed defendant Joel Duarte Medina and Eva Medina De Duarte enter the Brown Buick and depart from the Avenida Warehouse. Agents believe that the drugs stored at Horizon Residence were transported to the Avenida Warehouse by the White Cargo Van and that the Red Dodge Ram was possibly conducting counter-surveillance, which is common when drugs are being transported from one location to another location, and was being used to guide the driver of the White Cargo Van to the warehouse location at Avenida Warehouse.

The next day, on March 5, 2016, a burgundy Freightliner tractor, bearing CA license plate WP52347, towing a cargo trailer, bearing CA license plate 4JX3399 (hereinafter "Burgundy Tractor-Trailer"), arrived at the Avenida Warehouse. The Burgundy Tractor-Trailer was backed up to the third loading dock from the west side of the warehouse. Agents observed multiple pallets of boxes being loaded into the trailer and the Burgundy Tractor-Trailer soon departed the Avenida Warehouse. Agents maintained continuous surveillance of the Burgundy Tractor-Trailer until it parked at a truck lot located at 4720 U.S. Highway 111, Brawley, California.

The next day, on March 6, 2016, that Burgundy Tractor-Trailer moved from the truck lot in Brawley, California to a warehouse in Los Angeles, California. The truck driver dropped off the pallets at the warehouse at approximately 0248 hours on March 7, 2016. The owner of the facility granted consent to inspect the palletized cargo that was unloaded from the Burgundy Tractor-Trailer. Agents observed multiple bundles of marijuana commingled within boxes of rotten produce. The marijuana weighed approximately 1,350 pounds.

MATHEW PARKER, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed to and sworn to

Before me this  23RD , of March, 2016.

THE HONORABLE PETER LEWIS
UNITED STATES MAGISTRATE JUDGE

7